**Exhibit A**
Exhibit A to the Goodstein Complaint

# LexisNexis·

**Search:** Public Records : Judgments & Liens
**Terms:** first-name(maurice) last-name(enbar) state(ALL) filing jurisdiction(ALL)

| No. | Debtor | Address | Filing | Creditor |
|-----|--------|---------|--------|----------|
| 1. | **ENBAR, MAURICE** LexID(sm):102450884 608 | **345 BROADWAY** **LAWRENCE, NY 115** **59-1804** **NASSAU COUNTY** | Filing Date:5/21/2014 Amount:$402,051 CIVIL JUDGMENT Filing Number:003247472 Filing Date:5/21/2014 Filing Office:NEW YORK CITY SUPREME COURT - CIVIL DIVISION, NY | GRAND PALM NY LLC |
| | KAMHI, STEVEN LexID(sm):192148759 271 | 90 MERRICK AVE ST E 501 EAST MEADOW, NY 11554-1500 NASSAU COUNTY | | |
| | 23 123RD STREET LLC | 46 TRINITY PL RM 20 0 NEW YORK, NY 10006-2248 NEW YORK COUNTY | | |
| | 60 WEST 124 LLT | 46 TRINITY PL RM 20 0 NEW YORK, NY 10006-2248 NEW YORK COUNTY | | |
| 2. | **ENBAR, MAURICE** LexID(sm):102450884 608 | **210 174TH ST APT 17** **16** **SUNNY      ISLES** **BEACH, FL 33160-** **3362** **MIAMI-** **DADE COUNTY** | Filing Date:2/14/2014 Amount:$2,574,494 CIVIL JUDGMENT Filing Number:003202631 Filing Date:2/14/2014 Filing Office:NEW YORK CITY SUPREME COURT - CIVIL DIVISION, NY | CITY NATIONAL BA NK |
| | ENBAR, MOSHE LexID(sm):000748219 401 | 210 174TH ST APT 17 16 SUNNY      ISLES BEACH, FL 33160-3362 MIAMI- | | |

| No. | Debtor | Address | Filing | Creditor |
|-----|--------|---------|--------|----------|
| | | DADE COUNTY | | |
| | KAMHI, STEVEN R<br>LexID(sm):001319307<br>384 | 16 FORTE DR<br>OLD<br>WESTBURY, NY 1156<br>8-1309<br>NASSAU COUNTY | | |
| | 60 WEST 124 LLC | 46 TRINITY PL FRNT<br>2<br>NEW<br>YORK, NY 10006-<br>2269<br>NEW YORK COUNTY | | |
| 3. | **ENBAR, MAURICE**<br>LexID(sm):000734920<br>604 | **46 TRINITY PL FRNT**<br>**2**<br>**NEW**<br>**YORK, NY 10006-**<br>**2269**<br>**NEW YORK COUNTY** | Filing Date:1/31/2013<br>Amount:$633,834<br>CIVIL JUDGMENT<br>Filing Number:003112044<br>Filing Date:1/31/2013<br>Filing Office:KINGS BOROUGH SUPREME<br>COURT - CIVIL DIVISION, NY | EAMA CAPITAL LLC |
| | KAMHL, STEVEN<br>LexID(sm):001319307<br>384 | 46 TRINITY PL FRNT<br>2<br>NEW<br>YORK, NY 10006-<br>2269<br>NEW YORK COUNTY | | |
| | BEACH 116 23 LLC | 46 TRINITY PL FRNT<br>2<br>NEW<br>YORK, NY 10006-<br>2269<br>NEW YORK COUNTY | | |
| 4. | **ENBAR, MAURICE**<br>LexID(sm):102450884<br>608 | **345 BROADWAY**<br>**LAWRENCE, NY 115**<br>**59-1804**<br>**NASSAU COUNTY** | Filing Date:1/5/2013<br>Amount:$169,500<br>CIVIL JUDGMENT<br>Filing Number:11016224<br>Filing Date:1/5/2013<br>Book/Page:J3655/15<br>Filing Office:NASSAU COUNTY SUPREME<br>COURT, NY | FRED GOODSTEIN |
| | ENBAR, MOSHE<br>LexID(sm):000748219 | 345 BROADWAY<br>LAWRENCE, NY 1155 | | |

| No. | Debtor | Address | Filing | Creditor |
|---|---|---|---|---|
| | 401 | 9-1804<br>NASSAU COUNTY | | |
| 5. | **ENBAR, MAURICE**<br>LexID(sm):102450884<br>608 | **345 BROADWAY**<br>**LAWRENCE, NY 115**<br>**59-1804**<br>**NASSAU COUNTY** | Filing Date:12/11/2012<br>Amount:$14,921<br>CIVIL JUDGMENT<br>Filing Number:11013916<br>Filing Date:12/11/2012<br>Book/Page:J3651/50<br>Filing Office:NASSAU COUNTY SUPREME<br>COURT, NY | STEVEN G LEGUM |
| | ENBAR, MOSHE<br>LexID(sm):000748219<br>401 | 345 BROADWAY<br>LAWRENCE, NY 1155<br>9-1804<br>NASSAU COUNTY | | |
| | MAGNUM REAL<br>ESTATE SERVICES<br>INC | 46 TRINITY PL<br>NEW<br>YORK, NY 10006-<br>2221<br>NEW YORK COUNTY | | |
| 6. | **ENBAR, MAURICE**<br>LexID(sm):000734920<br>604 | **46 TRINITY PL**<br>**NEW**<br>**YORK, NY 10006-**<br>**2221**<br>**NEW YORK COUNTY** | Filing Date:6/12/2012<br>Amount:$123,716<br>CIVIL JUDGMENT<br>Filing Number:002991769<br>Filing Date:6/12/2012<br>Filing Office:NEW YORK CITY SUPREME<br>COURT - CIVIL DIVISION, NY | MARCUS AND MILLI<br>CHAP REAL ES TA |
| 7. | **ENBAR, MAURICE** | | Filing Date:11/28/2011<br>CIVIL NEW FILING<br>Filing Number:20110113366<br>Filing Date:11/28/2011<br>Filing Office:NEW YORK CITY SUPREME<br>COURT - CIVIL DIVISION, NY | MARCUS AND<br>MILLICHAP |
| 8. | **ENBAR, MAURICE** | | Filing Date:7/6/2011<br>CIVIL NEW FILING<br>Filing Number:20110500488<br>Filing Date:7/6/2011<br>Filing Office:KINGS BOROUGH SUPREME<br>COURT - CIVIL DIVISION, NY | M HILLER AND SON<br>INC |
| 9. | **ENBAR, MAURICE** | **345 BROADWAY** | Filing Date:4/13/2011 | CITY NATIONAL BA |

| No. | Debtor | Address | Filing | Creditor |
|---|---|---|---|---|
| | LexID(sm):102450884608 | **LAWRENCE, NY 11559-1804**<br>**NASSAU COUNTY** | Amount:$2,757,123<br>CIVIL JUDGMENT<br>Filing Number:002823848<br>Filing Date:4/13/2011<br>Filing Office:NEW YORK CITY SUPREME COURT - CIVIL DIVISION, NY | NK |
| | ENBAR, MOSHE<br>LexID(sm):000748219401 | 345 BROADWAY<br>LAWRENCE, NY 11559-1804<br>NASSAU COUNTY | | |
| | KAMHI, STEVEN R<br>LexID(sm):001319307384 | 16 FORTE DR<br>OLD WESTBURY, NY 11568-1309<br>NASSAU COUNTY | | |
| | 60 WEST 124 LLC | 46 TRINITY PL FRNT 2<br>NEW YORK, NY 10006-2269<br>NEW YORK COUNTY | | |
| 10. | **ENBAR, MAURICE**<br>LexID(sm):102450884608 | **345 BROADWAY**<br>**LAWRENCE, NY 11559-1804**<br>**NASSAU COUNTY** | Filing Date:12/30/2009<br>Amount:$11,161<br>CIVIL JUDGMENT<br>Filing Number:20091230106<br>Filing Date:12/30/2009<br>Filing Office:NASSAU COUNTY CLERK, NY | MICHAEL H MARKOVITCH |
| | ENBAR, MOSHE<br>LexID(sm):000748219401 | 345 BROADWAY<br>LAWRENCE, NY 11559-1804<br>NASSAU COUNTY | | |
| | 50 EAST 119TH STREET LLC | 46 TRINITY PL RM 200<br>NEW YORK, NY 10006-2247<br>NEW YORK COUNTY | | |
| | 6 8 ST NICHOLAS REALTY CORP | 655 MADISON AVE FL 20<br>NEW YORK, NY 10065- | | |

| No. | Debtor | Address | Filing | Creditor |
|-----|--------|---------|--------|----------|
| | | 8043<br>NEW YORK COUNTY | | |
| | 60 WEST 124 LLC | 46 TRINITY PL RM 200<br>NEW<br>YORK, NY 10006-2247<br>NEW YORK COUNTY | | |
| 11. | **ENBAR, MAURICE**<br>LexID(sm):102450884608 | **345 BROADWAY**<br>**LAWRENCE, NY 11559-1804**<br>**NASSAU COUNTY** | Filing Date:12/21/2009<br>VACATED JUDGMENT<br>Filing Number:002644180<br>Filing Date:12/21/2009<br>Filing Office:NEW YORK CITY SUPREME<br>COURT - CIVIL DIVISION, NY | MARKOVITCH<br>MICHAEL H |
| | ENBAR, MOSHE<br>LexID(sm):000748219401 | 345 BROADWAY<br>LAWRENCE, NY 11559-1804<br>NASSAU COUNTY | | |
| | 50 EAST 119TH STREET LLC | 46 TRINITY PL FRNT 2<br>NEW<br>YORK, NY 10006-2269<br>NEW YORK COUNTY | | |
| | 6 8 ST NICHOLAS REALTY CORP | 655 MADISON AVE FL 20<br>NEW<br>YORK, NY 10065-8043<br>NEW YORK COUNTY | | |
| | 60 WEST 124 LLC | 46 TRINITY PL RM 200<br>NEW<br>YORK, NY 10006-2247<br>NEW YORK COUNTY | | |
| 12. | **ENBAR, MAURICE**<br>LexID(sm):102450884608 | **345 BROADWAY**<br>**LAWRENCE, NY 11559-1804**<br>**NASSAU COUNTY** | Filing Date:12/21/2009<br>Amount:$11,161<br>CIVIL JUDGMENT<br>Filing Number:002644180<br>Filing Date:12/21/2009<br>Filing Office:NEW YORK CITY SUPREME | MARKOVITCH<br>MICHAEL H |

| No. | Debtor | Address | Filing | Creditor |
|---|---|---|---|---|
| | | | COURT - CIVIL DIVISION, NY | |
| | ENBAR, MOSHE<br>LexID(sm):000748219<br>401 | 345 BROADWAY<br>LAWRENCE, NY 1155<br>9-1804<br>NASSAU COUNTY | | |
| | 50 EAST 119TH<br>STREET LLC | 46 TRINITY PL FRNT<br>2<br>NEW<br>YORK, NY 10006-<br>2269<br>NEW YORK COUNTY | | |
| | 6 8 ST NICHOLAS<br>REALTY CORP | 655 MADISON AVE F<br>L 20<br>NEW<br>YORK, NY 10065-<br>8043<br>NEW YORK COUNTY | | |
| | 60 WEST 124 LLC | 46 TRINITY PL RM 20<br>0<br>NEW<br>YORK, NY 10006-<br>2247<br>NEW YORK COUNTY | | |
| 13. | **ENBAR, MAURICE** | | Filing Date:1/22/2009<br>CIVIL NEW FILING<br>Filing Number:20080014537<br>Filing Date:1/22/2009<br>Filing Office:NASSAU COUNTY SUPREME<br>COURT, NY | HEBREW ACADEMY |
| 14. | **ENBAR, MAURICE** | | Filing Date:5/2/2008<br>CIVIL NEW FILING<br>Filing Number:20080003605<br>Filing Date:5/2/2008<br>Filing Office:NASSAU COUNTY SUPREME<br>COURT, NY | BLAU EFRAIM |
| 15. | **ENBAR, MAURICE**<br>LexID(sm):000734920<br>604 | **6450 INTERNATIONA<br>L DR<br>ORLANDO, FL 32819<br>-8216** | Filing Date:3/31/2006<br>CIVIL NEW FILING<br>Filing Number:48CA2006002723<br>Filing Date:3/31/2006<br>Filing Office:ORANGE COUNTY CIRCUIT | BARAKAT<br>CORPORATION |

| No. | Debtor | Address | Filing | Creditor |
|-----|--------|---------|--------|----------|
|  |  | ORANGE COUNTY | COURT, FL |  |
| 16. | ENBAR, MAURICE<br>LexID(sm):115113026<br>332 | 424 E 14TH ST APT 2<br>B<br>NEW<br>YORK, NY 10009-<br>3436<br>NEW YORK COUNTY | Filing Date:12/7/2005<br>Amount:$2,925<br>CIVIL NEW FILING<br>Filing Number:20050104795<br>Filing Date:12/7/2005<br>Filing Office:CIVIL COURT OF THE CITY OF<br>NEW YORK, NY | RAKOFF IRVING |
|  | ZUR, EMANUEL<br>LexID(sm):054264476<br>401 | 424 E 14TH ST APT 2<br>B<br>NEW<br>YORK, NY 10009-<br>3436<br>NEW YORK COUNTY |  |  |
| 17. | ENBAR, MAURICE |  | Filing Date:10/25/2004<br>CIVIL NEW FILING<br>Filing Number:20040115110<br>Filing Date:10/25/2004<br>Filing Office:NEW YORK CITY SUPREME<br>COURT - CIVIL DIVISION, NY | 230 WEST 123RD<br>STREET |
| 18. | ENBAR, MAURICE<br>LexID(sm):102450884<br>608 | 345 BROADWAY<br>LAWRENCE, NY 115<br>59-1804<br>NASSAU COUNTY | Filing Date:10/15/2004<br>CIVIL DISMISSAL<br>Filing Number:48CA2004008415<br>Filing Date:10/15/2004<br>Filing Office:ORANGE COUNTY CIRCUIT<br>COURT, FL<br>CIVIL NEW FILING<br>Filing Number:48CA2004008415<br>Filing Date:10/15/2004<br>Filing Office:ORANGE COUNTY CIRCUIT<br>COURT, FL | BARAKAT<br>CORPORATION |
| 20. | ENBAR, MAURICE<br>LexID(sm):000734920<br>604 | 46 TRINITY PL RM 20<br>0<br>NEW<br>YORK, NY 10006-<br>2247<br>NEW YORK COUNTY | Filing Date:8/27/2004<br>CIVIL NEW FILING<br>Filing Number:20040087009<br>Filing Date:8/27/2004<br>Filing Office:CIVIL COURT OF THE CITY OF<br>NEW YORK, NY | CHEEK ADRIAN |
| 21. | ENBAR, MAURICE<br>LexID(sm):102450884 | 345 BROADWAY<br>LAWRENCE, NY 115 | Filing Date:8/5/2003<br>CIVIL DISMISSAL | BARAKAT<br>CORPORATION |

| <u>No.</u> | <u>Debtor</u> | <u>Address</u> | <u>Filing</u> | <u>Creditor</u> |
|------|--------|---------|--------|----------|
| 608 | **59-1804**<br>**NASSAU COUNTY** | Filing Number:48CA2003007291<br>Filing Date:8/5/2003<br>Filing Office:ORANGE COUNTY CIRCUIT COURT, FL<br>CIVIL NEW FILING<br>Filing Number:48CA2003007291<br>Filing Date:8/5/2003<br>Filing Office:ORANGE COUNTY CIRCUIT COURT, FL | |

| | |
|---|---|
| Search: | Public Records : Judgments & Liens |
| Terms: | first-name(maurice) last-name(enbar) state(ALL) filing jurisdiction(ALL) |
| Date/Time: | Thursday, July 28, 2016 2:18 PM |
| Permissible Use: | **DPPA - I have no permissible use** |
| | **GLBA - I have no permissible use** |

Copyright © 2016 LexisNexis, a division of Reed Elsevier Inc. All Rights Reserved.

 LexisNexis

**Search:** Public Records : Judgments & Liens
**Terms:** first-name(moshe) last-name(Enbar) state(ALL) filing jurisdiction(ALL)

| <u>No.</u> | <u>Debtor</u> | <u>Address</u> | <u>Filing</u> | <u>Creditor</u> |
|---|---|---|---|---|
| 1. | **ENBAR, MOSHE** | | Filing Date:9/25/2015<br>CIVIL NEW FILING<br>Filing Number:20150007939<br>Filing Date:9/25/2015<br>Filing Office:NASSAU COUNTY SUPREME COURT, NY | WELLS FARGO BANK |
| 2. | **ENBAR, MOSHE** | | Filing Date:8/31/2015<br>CIVIL NEW FILING<br>Filing Number:20140153212<br>Filing Date:8/31/2015<br>Filing Office:NEW YORK CITY SUPREME COURT - CIVIL DIVISION, NY | ZAIDA GARDENS LLC |
| 3. | **ENBAR, MOSHE**<br>LexID(sm):000748219<br>401 | **210 174TH ST<br>SUNNY      ISLES<br>BEACH, FL 33160-<br>3329<br>MIAMI-<br>DADE COUNTY** | Filing Date:2/17/2015<br>Amount:$20,216<br>CIVIL JUDGMENT<br>Filing Number:14000002<br>Filing Date:2/17/2015<br>Book/Page:J3857/106<br>Filing Office:NASSAU COUNTY SUPREME COURT, NY | STEVEN G EGUM |
| | ENBAR, LINDA<br>LexID(sm):000734918<br>604 | 210 174TH ST<br>SUNNY      ISLES<br>BEACH, FL 33160-<br>3329<br>MIAMI-<br>DADE COUNTY | | |
| 4. | **ENBAR, MOSHE** | | Filing Date:5/9/2014<br>CIVIL NEW FILING<br>Filing Number:20140000002<br>Filing Date:5/9/2014<br>Filing Office:NASSAU COUNTY SUPREME COURT, NY | LEGUM STEVEN G |
| 5. | **ENBAR, MOSHE**<br>LexID(sm):000748219<br>401 | 210 174TH ST APT 17<br>16<br>**SUNNY      ISLES** | Filing Date:2/14/2014<br>Amount:$2,574,494<br>CIVIL JUDGMENT<br>Filing Number:003202631 | CITY NATIONAL BA NK |

| No. | Debtor | Address | Filing | Creditor |
|-----|--------|---------|--------|----------|
| | | BEACH, FL 33160-3362<br>MIAMI-DADE COUNTY | Filing Date:2/14/2014<br>Filing Office:NEW YORK CITY SUPREME COURT - CIVIL DIVISION, NY | |
| | ENBAR, MAURICE<br>LexID(sm):102450884<br>608 | 210 174TH ST APT 1716<br>SUNNY    ISLES<br>BEACH, FL 33160-3362<br>MIAMI-DADE COUNTY | | |
| | KAMHI, STEVEN R<br>LexID(sm):001319307<br>384 | 16 FORTE DR<br>OLD<br>WESTBURY, NY 11568-1309<br>NASSAU COUNTY | | |
| | 60 WEST 124 LLC | 46 TRINITY PL FRNT 2<br>NEW<br>YORK, NY 10006-2269<br>NEW YORK COUNTY | | |
| 6. | ENBAR, MOSHE<br>LexID(sm):000748219<br>401 | 345 BROADWAY<br>LAWRENCE, NY 11559-1804<br>NASSAU COUNTY | Filing Date:1/5/2013<br>Amount:$169,500<br>CIVIL JUDGMENT<br>Filing Number:11016224<br>Filing Date:1/5/2013<br>Book/Page:J3655/15<br>Filing Office:NASSAU COUNTY SUPREME COURT, NY | FRED GOODSTEIN |
| | ENBAR, MAURICE<br>LexID(sm):102450884<br>608 | 345 BROADWAY<br>LAWRENCE, NY 11559-1804<br>NASSAU COUNTY | | |
| 7. | ENBAR, MOSHE<br>LexID(sm):000748219<br>401 | 345 BROADWAY<br>LAWRENCE, NY 11559-1804<br>NASSAU COUNTY | Filing Date:12/11/2012<br>Amount:$14,921<br>CIVIL JUDGMENT<br>Filing Number:11013916<br>Filing Date:12/11/2012<br>Book/Page:J3651/50<br>Filing Office:NASSAU COUNTY SUPREME COURT, NY | STEVEN G LEGUM |

| No. | Debtor | Address | Filing | Creditor |
|-----|--------|---------|--------|----------|
| | ENBAR, MAURICE<br>LexID(sm):102450884<br>608 | 345 BROADWAY<br>LAWRENCE, NY 1155<br>9-1804<br>NASSAU COUNTY | | |
| | MAGNUM REAL<br>ESTATE SERVICES<br>INC | 46 TRINITY PL<br>NEW<br>YORK, NY 10006-<br>2221<br>NEW YORK COUNTY | | |
| 8. | **ENBAR, MOSHE** | | Filing Date:7/19/2012<br>CIVIL NEW FILING<br>Filing Number:20110016224<br>Filing Date:7/19/2012<br>Filing Office:NASSAU  COUNTY  SUPREME<br>COURT, NY | GOODSTEIN FRED |
| 9. | **ENBAR, MOSHE** | | Filing Date:4/30/2012<br>CIVIL NEW FILING<br>Filing Number:20120000019<br>Filing Date:4/30/2012<br>Filing Office:NASSAU  COUNTY  SUPREME<br>COURT, NY | LEGUM RICHARD A |
| 10. | **ENBAR, MOSHE**<br>LexID(sm):000748219<br>401 | **210 174TH ST APT 17<br>16<br>SUNNY          ISL<br>BCH, FL 33160-3362<br>MIAMI-<br>DADE COUNTY** | Filing Date:7/6/2011<br>Amount:$332<br>Certificate Number:E023302514W00<br>STATE TAX WARRANT<br>Filing Number:E023302514W0021<br>Filing Date:7/6/2011<br>Filing Office:ALBANY COUNTY CLERK, NY<br>STATE TAX WARRANT RELEASE<br>Filing Number:E023302514W0021<br>Filing Date:7/6/2011<br>Filing Office:ALBANY COUNTY CLERK, NY | STATE OF NEW<br>YORK |
| | ENBAR, LINDA<br>LexID(sm):000734918<br>604 | 210 174TH ST APT 17<br>16<br>SUNNY          ISL<br>BCH, FL 33160-3362<br>MIAMI-<br>DADE COUNTY | | |
| 11. | **ENBAR, MOSHE** | **345 BROADWAY** | Filing Date:6/13/2011 | RICHARD A LEGUM |

| No. | Debtor | Address | Filing | Creditor |
|-----|--------|---------|--------|----------|
| | LexID(sm):000748219 401 | **LAWRENCE, NY 115 59-1804** **NASSAU COUNTY** | Amount:$300,000 CIVIL JUDGMENT Filing Number:11002747 Filing Date:6/13/2011 Book/Page:J3529/64 Filing Office:NASSAU COUNTY SUPREME COURT, NY | |
| 12. | **ENBAR, MOSHE** LexID(sm):000748219 401 | **345 BROADWAY** **LAWRENCE, NY 115 59-1804** **NASSAU COUNTY** | Filing Date:4/13/2011 Amount:$2,757,123 CIVIL JUDGMENT Filing Number:002823848 Filing Date:4/13/2011 Filing Office:NEW YORK CITY SUPREME COURT - CIVIL DIVISION, NY | CITY NATIONAL BA NK |
| | ENBAR, MAURICE LexID(sm):102450884 608 | 345 BROADWAY LAWRENCE, NY 1155 9-1804 NASSAU COUNTY | | |
| | KAMHI, STEVEN R LexID(sm):001319307 384 | 16 FORTE DR OLD WESTBURY, NY 1156 8-1309 NASSAU COUNTY | | |
| | 60 WEST 124 LLC | 46 TRINITY PL FRNT 2 NEW YORK, NY 10006- 2269 NEW YORK COUNTY | | |
| 13. | **ENBAR, MOSHE** LexID(sm):000748219 401 | **345 BROADWAY** **LAWRENCE, NY 115 59-1804** **NASSAU COUNTY** | Filing Date:10/27/2010 Amount:$5,150 Certificate Number:711380810 FEDERAL TAX LIEN Filing Number:FT142848 Filing Date:10/27/2010 Filing Office:NASSAU COUNTY CLERK, NY | INTERNAL REVENUE SERVICE |
| | ENBAR, LINDA LexID(sm):000734918 604 | 345 BROADWAY LAWRENCE, NY 1155 9-1804 NASSAU COUNTY | | |

| No. | Debtor | Address | Filing | Creditor |
|---|---|---|---|---|
| 14. | **ENBAR, MOSHE** | | Filing Date:8/18/2010<br>CIVIL NEW FILING<br>Filing Number:20100008681<br>Filing Date:8/18/2010<br>Filing Office:NASSAU COUNTY SUPREME COURT, NY | FREMED GLORIA C |
| 15. | **ENBAR, MOSHE** | | Filing Date:1/22/2010<br>CIVIL NEW FILING<br>Filing Number:20090115083<br>Filing Date:1/22/2010<br>Filing Office:NEW YORK CITY SUPREME COURT - CIVIL DIVISION, NY | IMPERIAL CAPITAL BANK |
| 16. | **ENBAR, MOSHE**<br>LexID(sm):000748219<br>401 | **345 BROADWAY**<br>**LAWRENCE, NY 115**<br>**59-1804**<br>**NASSAU COUNTY** | Filing Date:12/30/2009<br>Amount:$11,161<br>CIVIL JUDGMENT<br>Filing Number:20091230106<br>Filing Date:12/30/2009<br>Filing Office:NASSAU COUNTY CLERK, NY | MICHAEL H MARKOVITCH |
| | ENBAR, MAURICE<br>LexID(sm):102450884<br>608 | 345 BROADWAY<br>LAWRENCE, NY 1155<br>9-1804<br>NASSAU COUNTY | | |
| | 50 EAST 119TH<br>STREET LLC | 46 TRINITY PL RM 20<br>0<br>NEW<br>YORK, NY 10006-<br>2247<br>NEW YORK COUNTY | | |
| | 6 8 ST NICHOLAS<br>REALTY CORP | 655 MADISON AVE F<br>L 20<br>NEW<br>YORK, NY 10065-<br>8043<br>NEW YORK COUNTY | | |
| | 60 WEST 124 LLC | 46 TRINITY PL RM 20<br>0<br>NEW<br>YORK, NY 10006-<br>2247<br>NEW YORK COUNTY | | |

| No. | Debtor | Address | Filing | Creditor |
|-----|--------|---------|--------|----------|
| 17. | **ENBAR, MOSHE**<br>LexID(sm):000748219<br>401 | **345 BROADWAY**<br>**LAWRENCE, NY 115**<br>**59-1804**<br>**NASSAU COUNTY** | Filing Date:12/21/2009<br>VACATED JUDGMENT<br>Filing Number:002644180<br>Filing Date:12/21/2009<br>Filing Office:NEW YORK CITY SUPREME<br>COURT - CIVIL DIVISION, NY | MARKOVITCH<br>MICHAEL H |
| | ENBAR, MAURICE<br>LexID(sm):102450884<br>608 | 345 BROADWAY<br>LAWRENCE, NY 1155<br>9-1804<br>NASSAU COUNTY | | |
| | 50 EAST 119TH<br>STREET LLC | 46 TRINITY PL FRNT<br>2<br>NEW<br>YORK, NY 10006-<br>2269<br>NEW YORK COUNTY | | |
| | 6 8 ST NICHOLAS<br>REALTY CORP | 655 MADISON AVE F<br>L 20<br>NEW<br>YORK, NY 10065-<br>8043<br>NEW YORK COUNTY | | |
| | 60 WEST 124 LLC | 46 TRINITY PL RM 20<br>0<br>NEW<br>YORK, NY 10006-<br>2247<br>NEW YORK COUNTY | | |
| 18. | **ENBAR, MOSHE**<br>LexID(sm):000748219<br>401 | **345 BROADWAY**<br>**LAWRENCE, NY 115**<br>**59-1804**<br>**NASSAU COUNTY** | Filing Date:12/21/2009<br>Amount:$11,161<br>CIVIL JUDGMENT<br>Filing Number:002644180<br>Filing Date:12/21/2009<br>Filing Office:NEW YORK CITY SUPREME<br>COURT - CIVIL DIVISION, NY | MARKOVITCH<br>MICHAEL H |
| | ENBAR, MAURICE<br>LexID(sm):102450884<br>608 | 345 BROADWAY<br>LAWRENCE, NY 1155<br>9-1804<br>NASSAU COUNTY | | |
| | 50 EAST 119TH<br>STREET LLC | 46 TRINITY PL FRNT<br>2 | | |

| No. | Debtor | Address | Filing | Creditor |
|-----|--------|---------|--------|----------|
| | | NEW YORK, NY 10006-2269<br>NEW YORK COUNTY | | |
| | 6 8 ST NICHOLAS REALTY CORP | 655 MADISON AVE F L 20<br>NEW YORK, NY 10065-8043<br>NEW YORK COUNTY | | |
| | 60 WEST 124 LLC | 46 TRINITY PL RM 20 0<br>NEW YORK, NY 10006-2247<br>NEW YORK COUNTY | | |
| 19. | **ENBAR, MOSHE**<br>LexID(sm):000748219 401 | **345 BROADWAY**<br>**LAWRENCE, NY 115 59-1804**<br>**NASSAU COUNTY** | Filing Date:4/21/2009<br>Amount:$2,089<br>STATE TAX WARRANT<br>Filing Number:200904216469<br>Filing Date:4/21/2009<br>Filing Office:NASSAU COUNTY CLERK, NY<br>STATE TAX WARRANT RELEASE<br>Filing Number:200904216469<br>Filing Date:4/21/2009<br>Filing Office:NASSAU COUNTY CLERK, NY | STATE OF NEW YORK |
| | ENBAR, LINDA<br>LexID(sm):000734918 604 | 345 BROADWAY<br>LAWRENCE, NY 1155 9-1804<br>NASSAU COUNTY | | |
| 20. | **ENBAR, MOSHE**<br>LexID(sm):000748219 401 | **345 BROADWAY**<br>**LAWRENCE, NY 115 59-1804**<br>**NASSAU COUNTY** | Filing Date:4/8/2009<br>Amount:$2,089<br>STATE TAX WARRANT RELEASE<br>Filing Number:E023302514W0016<br>Filing Date:4/8/2009<br>Filing Office:NASSAU COUNTY CLERK, NY | STATE OF NEW YORK |
| | ENBAR, LINDA<br>LexID(sm):000734918 604 | 345 BROADWAY<br>LAWRENCE, NY 1155 9-1804<br>NASSAU COUNTY | | |
| 21. | **ENBAR, MOSHE** | | Filing Date:10/9/2007 | AHMED SALEH |

| No. | Debtor | Address | Filing | Creditor |
|---|---|---|---|---|
| | | | CIVIL NEW FILING<br>Filing Number:20070019447<br>Filing Date:10/9/2007<br>Filing Office:KINGS BOROUGH SUPREME<br>COURT - CIVIL DIVISION, NY | |

Search: Public Records : Judgments & Liens
Terms: first-name(moshe) last-name(Enbar) state(ALL) filing jurisdiction(ALL)
Date/Time: Thursday, July 28, 2016 2:27 PM
Permissible Use: **DPPA - I have no permissible use**

**GLBA - I have no permissible use**

Copyright © 2016 LexisNexis, a division of Reed Elsevier Inc. All Rights Reserved.

 LexisNexis

**1 OF 1 RECORD(S)**

# NEW YORK JUDGMENT AND LIEN FILINGS

This data is for informational purposes only.

**Debtor Information**

**Debtor 1**

Name: 23 123RD STREET LLC
Address: 46 TRINITY PL RM 200
NEW YORK, NY 10006-2248
NEW YORK COUNTY

**Debtor 2**

Name: 60 WEST 124 LLT
Address: 46 TRINITY PL RM 200
NEW YORK, NY 10006-2248
NEW YORK COUNTY

**Debtor 3**

Name: ENBAR, MAURICE
Address: 345 BROADWAY
LAWRENCE, NY 11559-1804
NASSAU COUNTY

**Debtor 4**

Name: KAMHI, STEVEN
Address: 90 MERRICK AVE STE 501
EAST MEADOW, NY 11554-1500
NASSAU COUNTY

**Creditor Information**

Name: GRAND PALM NY LLC

**Filing Information**

Filing Date: 05/21/2014
Amount: $402,051
Eviction: NO

**Filing 1**

Filing Number: 003247472
Filing Type: CIVIL JUDGMENT
Filing Court: NEW YORK CITY SUPREME COURT - CIVIL DIVISION
Filing County: NEW YORK
Filing Office: NY

# NEW YORK JUDGMENT AND LIEN FILINGS

This data is for informational purposes only.

## Debtor Information

**Debtor 1**

Name: 60 WEST 124 LLC
Address: 46 TRINITY PL FRNT 2
NEW YORK, NY 10006-2269
NEW YORK COUNTY

**Debtor 2**

Name: ENBAR, MAURICE
Address: 210 174TH ST APT 1716
SUNNY ISLES BEACH, FL 33160-3362
MIAMI-DADE COUNTY

**Debtor 3**

Name: ENBAR, MOSHE
Address: 210 174TH ST APT 1716
SUNNY ISLES BEACH, FL 33160-3362
MIAMI-DADE COUNTY

**Debtor 4**

Name: KAMHI, STEVEN R
SSN: XXX-XX-XXXX
Address: 16 FORTE DR
OLD WESTBURY, NY 11568-1309
NASSAU COUNTY

## Creditor Information

Name: CITY NATIONAL BA NK

## Filing Information

Filing Date: 02/14/2014
Amount: $2,574,494
Eviction: NO

**Filing 1**

Filing Number: 003202631
Filing Type: CIVIL JUDGMENT
Filing Court: NEW YORK CITY SUPREME COURT - CIVIL DIVISION
Filing County: NEW YORK
Filing Office: NY

# NEW YORK JUDGMENT AND LIEN FILINGS

This data is for informational purposes only.

**Debtor Information**

**Debtor 1**

                **Name:** ENBAR, MAURICE

          **Address:** 345 BROADWAY
                  LAWRENCE, NY 11559-1804
                  NASSAU COUNTY

**Debtor 2**

                **Name:** ENBAR, MOSHE

          **Address:** 345 BROADWAY
                  LAWRENCE, NY 11559-1804
                  NASSAU COUNTY

**Creditor Information**

                **Name:** FRED, GOODSTEIN

**Filing Information**

       **Filing Date:** 01/05/2013
          **Amount:** $169,500
          **Eviction:** NO

**Filing 1**

      **Filing Number:** 11016224
         **Filing Type:** CIVIL JUDGMENT
         **Book/Page:** J3655/15
        **Filing Court:** NASSAU COUNTY SUPREME COURT
       **Filing County:** NASSAU
        **Filing Office:** NY

# NEW YORK JUDGMENT AND LIEN FILINGS

This data is for informational purposes only.

**Debtor Information**

**Debtor 1**

                **Name:** ENBAR, MAURICE

          **Address:** 345 BROADWAY
                  LAWRENCE, NY 11559-1804
                  NASSAU COUNTY

**Debtor 2**

                **Name:** ENBAR, MOSHE

          **Address:** 345 BROADWAY
                  LAWRENCE, NY 11559-1804
                  NASSAU COUNTY

**Debtor 3**

                **Name:** MAGNUM REAL ESTATE SERVICES INC

**Address:** 46 TRINITY PL
NEW YORK, NY 10006-2221
NEW YORK COUNTY

## Creditor Information

**Name:** STEVEN, G LEGUM

## Filing Information

**Filing Date:** 12/11/2012
**Amount:** $14,921
**Eviction:** NO

**Filing 1**

**Filing Number:** 11013916
**Filing Type:** CIVIL JUDGMENT
**Book/Page:** J3651/50
**Filing Court:** NASSAU COUNTY SUPREME COURT
**Filing County:** NASSAU
**Filing Office:** NY

# NEW YORK JUDGMENT AND LIEN FILINGS

This data is for informational purposes only.

## Debtor Information

**Debtor 1**

**Name:** 60 WEST 124 LLC
**Address:** 46 TRINITY PL FRNT 2
NEW YORK, NY 10006-2269
NEW YORK COUNTY

**Debtor 2**

**Name:** ENBAR, MAURICE
**Address:** 345 BROADWAY
LAWRENCE, NY 11559-1804
NASSAU COUNTY

**Debtor 3**

**Name:** ENBAR, MOSHE
**Address:** 345 BROADWAY
LAWRENCE, NY 11559-1804
NASSAU COUNTY

**Debtor 4**

**Name:** KAMHI, STEVEN R
**SSN:** XXX-XX-XXXX
**Address:** 16 FORTE DR
OLD WESTBURY, NY 11568-1309

NASSAU COUNTY

**Creditor Information**

Name: CITY NATIONAL BA NK

**Filing Information**

Filing Date: 04/13/2011
Amount: $2,757,123
Eviction: NO

**Filing 1**

Filing Number: 002823848
Filing Type: CIVIL JUDGMENT
Filing Court: NEW YORK CITY SUPREME COURT - CIVIL DIVISION
Filing County: NEW YORK
Filing Office: NY

# NEW YORK JUDGMENT AND LIEN FILINGS

This data is for informational purposes only.

**Debtor Information**

**Debtor 1**

Name: 50 EAST 119TH STREET LLC
Address: 46 TRINITY PL RM 200
NEW YORK, NY 10006-2247
NEW YORK COUNTY

**Debtor 2**

Name: 6 8 ST NICHOLAS REALTY CORP
Address: 655 MADISON AVE FL 20
NEW YORK, NY 10065-8043
NEW YORK COUNTY

**Debtor 3**

Name: 60 WEST 124 LLC
Address: 46 TRINITY PL RM 200
NEW YORK, NY 10006-2247
NEW YORK COUNTY

**Debtor 4**

Name: ENBAR, MAURICE
Address: 345 BROADWAY
LAWRENCE, NY 11559-1804
NASSAU COUNTY

**Debtor 5**

Name: ENBAR, MOSHE

**Address:** 345 BROADWAY
LAWRENCE, NY 11559-1804
NASSAU COUNTY

**Creditor Information**

**Name:** MICHAEL, H MARKOVITCH

**Filing Information**

**Filing Date:** 12/30/2009
**Amount:** $11,161
**Eviction:** NO

**Filing 1**

**Filing Number:** 20091230106
**Filing Type:** CIVIL JUDGMENT
**Filing Court:** NASSAU COUNTY CLERK
**Filing County:** NASSAU
**Filing Office:** NY

# NEW YORK JUDGMENT AND LIEN FILINGS

This data is for informational purposes only.

**Debtor Information**

**Debtor 1**

**Name:** 50 EAST 119TH STREET LLC
**Address:** 46 TRINITY PL FRNT 2
NEW YORK, NY 10006-2269
NEW YORK COUNTY

**Debtor 2**

**Name:** 6 8 ST NICHOLAS REALTY CORP
**Address:** 655 MADISON AVE FL 20
NEW YORK, NY 10065-8043
NEW YORK COUNTY

**Debtor 3**

**Name:** 60 WEST 124 LLC
**Address:** 46 TRINITY PL RM 200
NEW YORK, NY 10006-2247
NEW YORK COUNTY

**Debtor 4**

**Name:** ENBAR, MAURICE
**Address:** 345 BROADWAY
LAWRENCE, NY 11559-1804
NASSAU COUNTY

**Debtor 5**

Name: ENBAR, MOSHE
Address: 345 BROADWAY
LAWRENCE, NY 11559-1804
NASSAU COUNTY

**Creditor Information**

Name: MARKOVITCH MICHAEL H

**Filing Information**

Filing Date: 12/21/2009
Eviction: NO
Release Date: 08/10/2010

**Filing 1**

Filing Number: 002644180
Filing Type: VACATED JUDGMENT
Filing Court: NEW YORK CITY SUPREME COURT - CIVIL DIVISION
Filing County: NEW YORK
Filing Office: NY

# NEW YORK JUDGMENT AND LIEN FILINGS

This data is for informational purposes only.

**Debtor Information**

**Debtor 1**

Name: 50 EAST 119TH STREET LLC
Address: 46 TRINITY PL FRNT 2
NEW YORK, NY 10006-2269
NEW YORK COUNTY

**Debtor 2**

Name: 6 8 ST NICHOLAS REALTY CORP
Address: 655 MADISON AVE FL 20
NEW YORK, NY 10065-8043
NEW YORK COUNTY

**Debtor 3**

Name: 60 WEST 124 LLC
Address: 46 TRINITY PL RM 200
NEW YORK, NY 10006-2247
NEW YORK COUNTY

**Debtor 4**

Name: ENBAR, MAURICE
Address: 345 BROADWAY
LAWRENCE, NY 11559-1804

NASSAU COUNTY

**Debtor 5**

Name: ENBAR, MOSHE
Address: 345 BROADWAY
LAWRENCE, NY 11559-1804
NASSAU COUNTY

**Creditor Information**

Name: MARKOVITCH, MICHAEL H

**Filing Information**

Filing Date: 12/21/2009
Amount: $11,161
Eviction: NO

**Filing 1**

Filing Number: 002644180
Filing Type: CIVIL JUDGMENT
Filing Court: NEW YORK CITY SUPREME COURT - CIVIL DIVISION
Filing County: NEW YORK
Filing Office: NY

# FLORIDA JUDGMENT AND LIEN FILINGS

This data is for informational purposes only.

**Filing Information**

Filing Date: 10/15/2004
Eviction: NO
Release Date: 02/14/2005

**Filing 1**

Filing Number: 48CA2004008415
Filing Type: CIVIL DISMISSAL
Filing Court: ORANGE COUNTY CIRCUIT COURT
Filing County: ORANGE
Filing Office: FL

# FLORIDA JUDGMENT AND LIEN FILINGS

This data is for informational purposes only.

**Debtor Information**
**Debtor 1**

Name: ENBAR, MAURICE
Address: 345 BROADWAY

LAWRENCE, NY 11559-1804
NASSAU COUNTY

**Debtor 2**

Name: ENBAR, MAURICE

Address: 345 BROADWAY
LAWRENCE, NY 11559-1804
NASSAU COUNTY

**Creditor Information**

**Creditor 1**

Name: BARAKAT CORPORATION

**Creditor 2**

Name: BARAKAT CORPORATION

**Filing Information**

Filing Date: 10/15/2004

Eviction: NO

**Filing 1**

Filing Number: 48CA2004008415

Filing Type: CIVIL NEW FILING

Filing Court: ORANGE COUNTY CIRCUIT COURT

Filing County: ORANGE

Filing Office: FL

# FLORIDA JUDGMENT AND LIEN FILINGS

This data is for informational purposes only.

**Filing Information**

Filing Date: 08/05/2003

Eviction: NO

Release Date: 11/29/2005

**Filing 1**

Filing Number: 48CA2003007291

Filing Type: CIVIL DISMISSAL

Filing Court: ORANGE COUNTY CIRCUIT COURT

Filing County: ORANGE

Filing Office: FL

# FLORIDA JUDGMENT AND LIEN FILINGS

This data is for informational purposes only.

**Debtor Information**

**Debtor 1**

Name: ENBAR, MAURICE

Address: 345 BROADWAY
LAWRENCE, NY 11559-1804
NASSAU COUNTY

**Debtor 2**

Name: ENBAR, MAURICE

Address: 345 BROADWAY
LAWRENCE, NY 11559-1804
NASSAU COUNTY

**Creditor Information**

**Creditor 1**

Name: BARAKAT CORPORATION

**Creditor 2**

Name: BARAKAT CORPORATION

**Filing Information**

Filing Date: 08/05/2003

Eviction: NO

**Filing 1**

Filing Number: 48CA2003007291

Filing Type: CIVIL NEW FILING

Filing Court: ORANGE COUNTY CIRCUIT COURT

Filing County: ORANGE

Filing Office: FL

# Person Locator 4

This data is for informational purposes only.

**Personal Information**

Name: ENBAR, MAURICE

Address: 345 BROADWAY
LAWRENCE, NY
NASSAU COUNTY

# Deed Record

This data is for informational purposes only.

**Buyer Information**

Original Name: LINDA ENBAR ASSET TRUST, (COMPANY/CORPORATION)
TRUST

|  | |
|---|---|
| **Standardized Name:** | LINDA ENBAR ASSET TRUST |
| **Original Address:** | WOODMERE, NY 11598 |
| | 125 LINDEN STREET |
| **Standardized Address:** | 125 LINDEN ST |
| | WOODMERE, NY 11598-2621 |
| | NASSAU COUNTY |

**Seller Information**

|  | |
|---|---|
| **Original Name:** | ENBAR, MAURICE (INDIVIDUALS) |
| | ENBAR, LINDA (INDIVIDUALS) |
| | TRUST |
| **Standardized Name:** | ENBAR, MAURICE |
| | ENBAR, LINDA |
| **Original Address:** | AVENTURA, FL 33180 |
| | 19355 TURNBERRY WAY |
| **Standardized Address:** | 19355 TURNBERRY WAY |
| | AVENTURA, FL 33180-2577 |
| | MIAMI-DADE COUNTY |

**Property Information**

|  | |
|---|---|
| **Original Property Address:** | LAWRENCE, NY 11559 |
| | 345 BROADWAY |
| **Standardized Property Address:** | 345 BROADWAY |
| | LAWRENCE, NY 11559-1804 |
| | NASSAU COUNTY |
| **County:** | NASSAU |
| **Data Source:** | B |

**Legal Information**

|  | |
|---|---|
| **Assessor's Parcel Number:** | 41-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 |
| **Recording Date:** | 02/24/2014 |
| **Contract Date:** | 02/21/2014 |
| **Document Number:** | 2014022402341 |
| **Document Type:** | QUIT CLAIM DEED |
| **Book/Page:** | /28 |
| **Legal Description:** | LOT NUMBER: 77; BLOCK: 89; DISTRICT: 41; CITY/MUNI/TWNSP: HEMPSTEAD |

**Sales Information**

|  | |
|---|---|
| **Sales Price Description:** | DOCUMENT STATES PRICE AS "0", "NONE", "NO CONSIDERATION" |

**Mortgage Information**

|  | |
|---|---|
| **Mortgage Type:** | PURCHASE MONEY |
| **Loan Type:** | THIS CODE IS USED ONLY FOR BKFS LEGACY |

# Deed Record

**This data is for informational purposes only.**

**Buyer Information**

<div style="margin-left:2em">

Original Name: ENBAR, LINDA & MAURICE

Standardized Name: ENBAR, MAURICE
ENBAR, LINDA

</div>

**Seller Information**

Original Name: WELLS FARGO BANK SERIES 2006-C
Standardized Name: WELLS FARGO BANK SERIES 2006-C

**Property Information**

Original Property Address: LAWRENCE, NY 11559-1804
345 BROADWAY

Standardized Property Address: 345 BROADWAY
LAWRENCE, NY 11559-1804
NASSAU COUNTY

Land Use: SINGLE FAMILY RESIDENCE

County: NASSAU

Data Source: A

**Legal Information**

Assessor's Parcel Number: 41-089- -0077-0

Recording Date: 03/07/2012

Document Type: LIS PENDENS

Book/Page: 1739/211

**Mortgage Information**

Loan Amount: $800,000

Loan Type: CONVENTIONAL

Title Company: ATTORNEY ONLY

# Deed Record

**This data is for informational purposes only.**

**Buyer Information**

Original Name: ENBAR, LINDA (MARRIED WOMAN)

Standardized Name: ENBAR, LINDA

Original Address: LAWRENCE, NY 11559
345 BROADWAY

Standardized Address: 345 BROADWAY
LAWRENCE, NY 11559-1804
NASSAU COUNTY

**Seller Information**

Original Name: ENBAR, MOSHE (HUSBAND AND WIFE)

|  | ENBAR, LINDA (HUSBAND AND WIFE) |
|---|---|
|  | ENBAR, MAURICE |
| Standardized Name: | ENBAR, MAURICE |
|  | ENBAR, MOSHE |
|  | ENBAR, LINDA |
| Original Address: | LAWRENCE, NY 11559 |
|  | 345 BROADWAY |

| Standardized Address: | 345 BROADWAY |
|---|---|
|  | LAWRENCE, NY 11559-1804 |
|  | NASSAU COUNTY |

**Property Information**

| Original Property Address: | AVENTURA, FL 33180 |
|---|---|
|  | 19355 TURNBERRY WAY 26A |

| Standardized Property Address: | 19355 TURNBERRY WAY APT 26A |
|---|---|
|  | MIAMI, FL 33180-4862 |
|  | MIAMI-DADE COUNTY |
| Land Use: | CONDOMINIUM |
| County: | DADE |
| Data Source: | B |

**Legal Information**

| Assessor's Parcel Number: | 28-1235-020-0240 |
|---|---|
| Recording Date: | 06/19/2009 |
| Contract Date: | 06/04/2009 |
| Document Number: | 2009R0444795 |
| Document Type: | INTRAFAMILY TRANSFER & DISSOLUTION |
| Book/Page: | 26909/2539 |
| Legal Description: | SUBDIVISION: TURNBERRY TOWERS CONDOMINIUM; UNIT: 26A |

**Mortgage Information**

| Mortgage Type: | PURCHASE MONEY |
|---|---|
| Loan Type: | THIS CODE IS USED ONLY FOR BKFS LEGACY |
| Title Company: | MILESTONE TITLE COMPANY |

# Deed Record

This data is for informational purposes only.

**Buyer Information**

| Original Name: | ENBAR, MOSHE & MAURICE |
|---|---|
| Standardized Name: | ENBAR, MAURICE |
|  | ENBAR, MOSHE |
| Original Address: | N/AVAIL |

**Property Information**

**Original Property Address:** LAWRENCE, NY 11559-1804
345 BROADWAY

**Standardized Property Address:** 345 BROADWAY
LAWRENCE, NY 11559-1804
NASSAU COUNTY
**Land Use:** SINGLE FAMILY RESIDENCE
**County:** NASSAU
**Data Source:** A

**Lender Information**

**Name:** BANK OF AMERICA

**Legal Information**

**Assessor's Parcel Number:** 41-089- -0077-0
**Recording Date:** 02/10/2006
**Contract Date:** 02/01/2006
**Document Type:** DEED OF TRUST
**Book/Page:** 30090/39

**Mortgage Information**

**Loan Amount:** $495,144
**Loan Type:** CONVENTIONAL
**Mortgage Date:** 02/01/2006
**Transaction Type:** REFINANCE
**Description:** MORTGAGE

# Deed Record

**This data is for informational purposes only.**

**Buyer Information**

**Original Name:** ENBAR, LINDA A & MAURICE
**Standardized Name:** ENBAR, MAURICE
ENBAR, LINDA A
**Original Address:** LAWRENCE, NY 11559-1804
345 BROADWAY

**Standardized Address:** 345 BROADWAY
LAWRENCE, NY 11559-1804
NASSAU COUNTY

**Property Information**

**Original Property Address:** LAWRENCE, NY 11559-1804
345 BROADWAY

**Standardized Property Address:** 345 BROADWAY
LAWRENCE, NY 11559-1804

NASSAU COUNTY
**Land Use:** SINGLE FAMILY RESIDENCE
**County:** NASSAU
**Data Source:** A

**Lender Information**

**Name:** FLEET NAT'L BK

**Legal Information**

**Assessor's Parcel Number:** 41-089- -0077-0
**Recording Date:** 05/05/2005
**Contract Date:** 12/22/2004
**Document Type:** DEED OF TRUST
**Book/Page:** 28773/52

**Mortgage Information**

**Loan Amount:** $150,000
**Loan Type:** CONVENTIONAL
**Mortgage Date:** 12/22/2004
**Due Date:** 12/22/2024
**Transaction Type:** REFINANCE
**Description:** EQUITY OR CREDIT LINE
**Type:** EQUITY LOAN

# Deed Record

**This data is for informational purposes only.**

**Buyer Information**

**Original Name:** ENBAR, MAURICE & LINDA
**Standardized Name:** ENBAR, MAURICE
ENBAR, LINDA
**Original Address:** LAWRENCE, NY 11559-1804
345 BROADWAY

**Standardized Address:** 345 BROADWAY
LAWRENCE, NY 11559-1804
NASSAU COUNTY

**Property Information**

**Original Property Address:** LAWRENCE, NY 11559-1804
345 BROADWAY

**Standardized Property Address:** 345 BROADWAY
LAWRENCE, NY 11559-1804
NASSAU COUNTY
**Land Use:** SINGLE FAMILY RESIDENCE
**County:** NASSAU

**Data Source:** A

**Lender Information**

**Name:** FLEET NAT'L BK

**Legal Information**

**Assessor's Parcel Number:** 41-089- -0077-0
**Recording Date:** 09/14/2004
**Contract Date:** 10/30/2002
**Document Type:** DEED OF TRUST
**Book/Page:** 27582/862

**Mortgage Information**

**Loan Amount:** $75,000
**Loan Type:** CONVENTIONAL
**Mortgage Date:** 10/30/2002
**Due Date:** 10/30/2022
**Transaction Type:** REFINANCE
**Description:** MORTGAGE
**Type:** EQUITY LOAN

# Deed Record

This data is for informational purposes only.

**Buyer Information**

**Original Name:** ENBAR, MAURICE
**Standardized Name:** ENBAR, MAURICE
**Original Address:** LAWRENCE, NY 11559-1804
345 BROADWAY

**Standardized Address:** 345 BROADWAY
LAWRENCE, NY 11559-1804
NASSAU COUNTY

**Property Information**

**Original Property Address:** LAWRENCE, NY 11559-1804
345 BROADWAY

**Standardized Property Address:** 345 BROADWAY
LAWRENCE, NY 11559-1804
NASSAU COUNTY
**Land Use:** SINGLE FAMILY RESIDENCE
**County:** NASSAU
**Data Source:** A

**Lender Information**

**Name:** FLEET NAT'L BK

**Legal Information**

| | |
|---|---|
| Assessor's Parcel Number: | 41-089- -0077-0 |
| Recording Date: | 04/22/2002 |
| Contract Date: | 04/22/2002 |
| Document Type: | DEED OF TRUST |
| Book/Page: | 22233/123 |

**Mortgage Information**

| | |
|---|---|
| Loan Amount: | $300,000 |
| Loan Type: | CONVENTIONAL |
| Mortgage Date: | 04/22/2002 |
| Transaction Type: | REFINANCE |
| Description: | DEED OF TRUST |

# Deed Record

This data is for informational purposes only.

**Buyer Information**

| | |
|---|---|
| Original Name: | ENBAR, MAURICE |
| Standardized Name: | ENBAR, MAURICE |
| Original Address: | LAWRENCE, NY 11559-1804 |
| | 345 BROADWAY |
| Standardized Address: | 345 BROADWAY |
| | LAWRENCE, NY 11559-1804 |
| | NASSAU COUNTY |

**Property Information**

| | |
|---|---|
| Original Property Address: | LAWRENCE, NY 11559-1804 |
| | 345 BROADWAY |
| Standardized Property Address: | 345 BROADWAY |
| | LAWRENCE, NY 11559-1804 |
| | NASSAU COUNTY |
| Land Use: | SINGLE FAMILY RESIDENCE |
| County: | NASSAU |
| Data Source: | A |

**Lender Information**

| | |
|---|---|
| Name: | FLEET NAT'L BK |

**Legal Information**

| | |
|---|---|
| Assessor's Parcel Number: | 41-089- -0077-0 |
| Recording Date: | 04/22/2002 |
| Contract Date: | 04/22/2002 |
| Document Type: | DEED OF TRUST |

**Book/Page:** 22233/123

## Mortgage Information

**Loan Amount:** $300,000
**Loan Type:** CONVENTIONAL
**Mortgage Date:** 04/22/2002
**Transaction Type:** REFINANCE
**Description:** DEED OF TRUST

**Important:** The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State.
Your DPPA Permissible Use is: I have no permissible use
Your GLBA Permissible Use is: I have no permissible use

Copyright© 2016 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

 LexisNexis

**1 OF 1 RECORD(S)**

# Historical Person Locator

This data is for informational purposes only.

**Finder Information**

|  |  |
|---|---|
| **Name:** | ENBAR, MOSHE |
| **Address:** | 210 174TH ST APT 1716 |
|  | SUNNY ISLES BEACH, FL 33160-3362 |
|  | MIAMI-DADE COUNTY |
| **SSN:** | XXX-XX-XXXX |
| **Date of Birth:** | 05/1956 |

# Historical Person Locator

This data is for informational purposes only.

**Finder Information**

|  |  |
|---|---|
| **Name:** | ENBAR, MOSHE |
| **Address:** | PO BOX 800119 |
|  | MIAMI, FL 33280-0119 |
|  | MIAMI-DADE COUNTY |
| **SSN:** | XXX-XX-XXXX |
| **Date of Birth:** | 05/1956 |

# Historical Person Locator

This data is for informational purposes only.

**Finder Information**

|  |  |
|---|---|
| **Name:** | ENBAR, MOSHE |
| **Address:** | 345 BROADWAY |
|  | LAWRENCE, NY 11559-1804 |
|  | NASSAU COUNTY |
| **SSN:** | XXX-XX-XXXX |
| **Date of Birth:** | 05/1956 |

# Historical Person Locator

This data is for informational purposes only.

**Finder Information**

|  |  |
|---|---|
| **Name:** | ENBAR, MOSHE |
| **Address:** | 210 174TH ST |
|  | SUNNY ISLES BEACH, FL 33160-3329 |
|  | MIAMI-DADE COUNTY |
| **SSN:** | XXX-XX-XXXX |

**Date of Birth:** 05/1956

# Historical Person Locator

This data is for informational purposes only.

**Finder Information**

**Name:** ENBAR, MOSHE
**Address:** 19355 TURNBERRY WAY APT 26A
MIAMI, FL 33180-4862
MIAMI-DADE COUNTY
**SSN:** XXX-XX-XXXX
**Date of Birth:** 05/1956

# Historical Person Locator

This data is for informational purposes only.

**Finder Information**

**Name:** ENBAR, MOSHE
**Address:** 345 BROADWAY
LAWRENCE, NY 11559-1804
NASSAU COUNTY
**SSN:** XXX-XX-XXXX
**Date of Birth:** 05/1956

# Historical Person Locator

This data is for informational purposes only.

**Finder Information**

**Name:** ENBAR, MOSHE
**Address:** PO BOX 414315
MIAMI BEACH, FL 33141-0315
MIAMI-DADE COUNTY
**SSN:** XXX-XX-XXXX
**Date of Birth:** 05/1956

# Historical Person Locator

This data is for informational purposes only.

**Finder Information**

**Name:** ENBAR, MOSHE
**Address:** 7758 NOREMAC AVE
MIAMI BEACH, FL 33141-1748
MIAMI-DADE COUNTY
**SSN:** XXX-XX-XXXX

**Date of Birth:** 05/1956

# Historical Person Locator

This data is for informational purposes only.

**Finder Information**

|  |  |
|---|---|
| **Name:** | ENBAR, MOSHE |
| **Address:** | 6444 BISCAYNE BLVD |
|  | MIAMI, FL 33138-6228 |
|  | MIAMI-DADE COUNTY |
| **SSN:** | XXX-XX-XXXX |
| **Date of Birth:** | 05/1956 |

# Historical Person Locator

This data is for informational purposes only.

**Finder Information**

|  |  |
|---|---|
| **Name:** | ENBAR, MOSHE |
| **Address:** | 210 174TH ST APT 1716 |
|  | SUNNY ISLES BEACH, FL 33160-3362 |
|  | MIAMI-DADE COUNTY |
| **SSN:** | XXX-XX-XXXX |
| **Date of Birth:** | 05/1956 |

# Historical Person Locator

This data is for informational purposes only.

**Finder Information**

|  |  |
|---|---|
| **Name:** | ENBAR, MOSHE |
| **Address:** | 9201 SW 141ST PL |
|  | MIAMI, FL 33186-7889 |
|  | MIAMI-DADE COUNTY |
| **SSN:** | XXX-XX-XXXX |
| **Date of Birth:** | 05/1956 |

# NEW YORK JUDGMENT AND LIEN FILINGS

This data is for informational purposes only.

**Debtor Information**

**Debtor 1**

|  |  |
|---|---|
| **Name:** | ENBAR, LINDA |
| **SSN:** | XXX-XX-XXXX |
| **Address:** | 210 174TH ST |
|  | SUNNY ISLES BEACH, FL 33160-3329 |

MIAMI-DADE COUNTY

**Debtor 2**

Name: ENBAR, MOSHE

Address: 210 174TH ST
SUNNY ISLES BEACH, FL 33160-3329
MIAMI-DADE COUNTY

**Creditor Information**

Name: G, EGUM

**Filing Information**

Filing Date: 02/17/2015

Amount: $20,216

Eviction: NO

**Filing 1**

Filing Number: 14000002

Filing Type: CIVIL JUDGMENT

Book/Page: J3857/106

Filing Court: NASSAU COUNTY SUPREME COURT

Filing County: NASSAU

Filing Office: NY

# NEW YORK JUDGMENT AND LIEN FILINGS

This data is for informational purposes only.

**Debtor Information**

**Debtor 1**

Name: 60 WEST 124 LLC

Address: 46 TRINITY PL FRNT 2
NEW YORK, NY 10006-2269
NEW YORK COUNTY

**Debtor 2**

Name: ENBAR, MAURICE

Address: 210 174TH ST APT 1716
SUNNY ISLES BEACH, FL 33160-3362
MIAMI-DADE COUNTY

**Debtor 3**

Name: ENBAR, MOSHE

Address: 210 174TH ST APT 1716
SUNNY ISLES BEACH, FL 33160-3362
MIAMI-DADE COUNTY

**Debtor 4**

Name: KAMHI, STEVEN R
SSN: XXX-XX-XXXX
Address: 16 FORTE DR
OLD WESTBURY, NY 11568-1309
NASSAU COUNTY

**Creditor Information**

Name: CITY NATIONAL BA NK

**Filing Information**

Filing Date: 02/14/2014
Amount: $2,574,494
Eviction: NO

**Filing 1**

Filing Number: 003202631
Filing Type: CIVIL JUDGMENT
Filing Court: NEW YORK CITY SUPREME COURT - CIVIL DIVISION
Filing County: NEW YORK
Filing Office: NY

# NEW YORK JUDGMENT AND LIEN FILINGS

This data is for informational purposes only.

**Debtor Information**

**Debtor 1**

Name: ENBAR, MAURICE
Address: 345 BROADWAY
LAWRENCE, NY 11559-1804
NASSAU COUNTY

**Debtor 2**

Name: ENBAR, MOSHE
Address: 345 BROADWAY
LAWRENCE, NY 11559-1804
NASSAU COUNTY

**Creditor Information**

Name: FRED, GOODSTEIN

**Filing Information**

Filing Date: 01/05/2013
Amount: $169,500
Eviction: NO

**Filing 1**

Filing Number: 11016224
Filing Type: CIVIL JUDGMENT
Book/Page: J3655/15
Filing Court: NASSAU COUNTY SUPREME COURT
Filing County: NASSAU
Filing Office: NY

# NEW YORK JUDGMENT AND LIEN FILINGS

This data is for informational purposes only.

**Debtor Information**

**Debtor 1**

Name: ENBAR, MAURICE
Address: 345 BROADWAY
LAWRENCE, NY 11559-1804
NASSAU COUNTY

**Debtor 2**

Name: ENBAR, MOSHE
Address: 345 BROADWAY
LAWRENCE, NY 11559-1804
NASSAU COUNTY

**Debtor 3**

Name: MAGNUM REAL ESTATE SERVICES INC
Address: 46 TRINITY PL
NEW YORK, NY 10006-2221
NEW YORK COUNTY

**Creditor Information**

Name: STEVEN, G LEGUM

**Filing Information**

Filing Date: 12/11/2012
Amount: $14,921
Eviction: NO

**Filing 1**

Filing Number: 11013916
Filing Type: CIVIL JUDGMENT
Book/Page: J3651/50
Filing Court: NASSAU COUNTY SUPREME COURT
Filing County: NASSAU
Filing Office: NY

# NEW YORK JUDGMENT AND LIEN FILINGS

This data is for informational purposes only.

**Filing Information**

| | |
|---|---|
| **Original Filing Number:** | E023302514W0021 |
| **Filing Date:** | 07/06/2011 |
| **Amount:** | $332 |
| **Certificate Number:** | E023302514W00 |
| **Release Date:** | 03/22/2012 |

**Filing 1**

| | |
|---|---|
| **Filing Number:** | E023302514W0021 |
| **Filing Type:** | STATE TAX WARRANT RELEASE |
| **Filing Court:** | ALBANY COUNTY CLERK |
| **Filing County:** | ALBANY |
| **Filing Office:** | NY |

# NEW YORK JUDGMENT AND LIEN FILINGS

This data is for informational purposes only.

**Debtor Information**

**Debtor 1**

| | |
|---|---|
| **Name:** | ENBAR, LINDA |
| **SSN:** | XXX-XX-XXXX |
| **Address:** | 210 174TH ST APT 1716 |
| | SUNNY ISLES BEACH, FL 33160-3362 |
| | MIAMI-DADE COUNTY |

**Debtor 2**

| | |
|---|---|
| **Name:** | ENBAR, MOSHE |
| **Address:** | 210 174TH ST APT 1716 |
| | SUNNY ISLES BEACH, FL 33160-3362 |
| | MIAMI-DADE COUNTY |

**Debtor 3**

| | |
|---|---|
| **Name:** | ENBAR, LINDA |
| **SSN:** | XXX-XX-XXXX |
| **Address:** | 210 174TH ST APT 1716 |
| | SUNNY ISLES BEACH, FL 33160-3362 |
| | MIAMI-DADE COUNTY |

**Debtor 4**

| | |
|---|---|
| **Name:** | ENBAR, MOSHE |
| **Address:** | 210 174TH ST APT 1716 |
| | SUNNY ISLES BEACH, FL 33160-3362 |
| | MIAMI-DADE COUNTY |

**Creditor Information**

**Creditor 1**

Name: STATE OF NEW YORK

**Creditor 2**

Name: STATE OF NEW YORK

**Filing Information**

Filing Date: 07/06/2011
Amount: $332
Certificate Number: E023302514W00

**Filing 1**

Filing Number: E023302514W0021
Filing Type: STATE TAX WARRANT
Filing Court: ALBANY COUNTY CLERK
Filing County: ALBANY
Filing Office: NY

# NEW YORK JUDGMENT AND LIEN FILINGS

This data is for informational purposes only.

**Debtor Information**

Name: ENBAR, MOSHE
Address: 345 BROADWAY
LAWRENCE, NY 11559-1804
NASSAU COUNTY

**Creditor Information**

Name: RICHARD, A LEGUM

**Filing Information**

Filing Date: 06/13/2011
Amount: $300,000
Eviction: NO

**Filing 1**

Filing Number: 11002747
Filing Type: CIVIL JUDGMENT
Book/Page: J3529/64
Filing Court: NASSAU COUNTY SUPREME COURT
Filing County: NASSAU
Filing Office: NY

# NEW YORK JUDGMENT AND LIEN FILINGS

This data is for informational purposes only.

**Debtor Information**

**Debtor 1**

Name: 60 WEST 124 LLC

Address: 46 TRINITY PL FRNT 2
NEW YORK, NY 10006-2269
NEW YORK COUNTY

**Debtor 2**

Name: ENBAR, MAURICE

Address: 345 BROADWAY
LAWRENCE, NY 11559-1804
NASSAU COUNTY

**Debtor 3**

Name: ENBAR, MOSHE

Address: 345 BROADWAY
LAWRENCE, NY 11559-1804
NASSAU COUNTY

**Debtor 4**

Name: KAMHI, STEVEN R

SSN: XXX-XX-XXXX

Address: 16 FORTE DR
OLD WESTBURY, NY 11568-1309
NASSAU COUNTY

**Creditor Information**

Name: CITY NATIONAL BA NK

**Filing Information**

Filing Date: 04/13/2011

Amount: $2,757,123

Eviction: NO

**Filing 1**

Filing Number: 002823848

Filing Type: CIVIL JUDGMENT

Filing Court: NEW YORK CITY SUPREME COURT - CIVIL DIVISION

Filing County: NEW YORK

Filing Office: NY

# NEW YORK JUDGMENT AND LIEN FILINGS

This data is for informational purposes only.

**Debtor Information**

**Debtor 1**

Name: ENBAR, LINDA

**SSN:** XXX-XX-XXXX

**Address:** 345 BROADWAY
LAWRENCE, NY 11559-1804
NASSAU COUNTY

**Debtor 2**

**Name:** ENBAR, MOSHE

**Address:** 345 BROADWAY
LAWRENCE, NY 11559-1804
NASSAU COUNTY

**Creditor Information**

**Name:** INTERNAL REVENUE SERVICE

**Filing Information**

**Filing Date:** 10/27/2010

**Amount:** $5,150

**Certificate Number:** 711380810

**Filing 1**

**Filing Number:** FT142848

**Filing Type:** FEDERAL TAX LIEN

**Filing Court:** NASSAU COUNTY CLERK

**Filing County:** NASSAU

**Filing Office:** NY

# NEW YORK JUDGMENT AND LIEN FILINGS

This data is for informational purposes only.

**Debtor Information**

**Debtor 1**

**Name:** 50 EAST 119TH STREET LLC

**Address:** 46 TRINITY PL RM 200
NEW YORK, NY 10006-2247
NEW YORK COUNTY

**Debtor 2**

**Name:** 6 8 ST NICHOLAS REALTY CORP

**Address:** 655 MADISON AVE FL 20
NEW YORK, NY 10065-8043
NEW YORK COUNTY

**Debtor 3**

**Name:** 60 WEST 124 LLC

**Address:** 46 TRINITY PL RM 200
NEW YORK, NY 10006-2247
NEW YORK COUNTY

**Debtor 4**

Name: ENBAR, MAURICE
Address: 345 BROADWAY
LAWRENCE, NY 11559-1804
NASSAU COUNTY

**Debtor 5**

Name: ENBAR, MOSHE
Address: 345 BROADWAY
LAWRENCE, NY 11559-1804
NASSAU COUNTY

**Creditor Information**

Name: MICHAEL, H MARKOVITCH

**Filing Information**

Filing Date: 12/30/2009
Amount: $11,161
Eviction: NO

**Filing 1**

Filing Number: 20091230106
Filing Type: CIVIL JUDGMENT
Filing Court: NASSAU COUNTY CLERK
Filing County: NASSAU
Filing Office: NY

# NEW YORK JUDGMENT AND LIEN FILINGS

This data is for informational purposes only.

**Debtor Information**
**Debtor 1**

Name: 50 EAST 119TH STREET LLC
Address: 46 TRINITY PL FRNT 2
NEW YORK, NY 10006-2269
NEW YORK COUNTY

**Debtor 2**

Name: 6 8 ST NICHOLAS REALTY CORP
Address: 655 MADISON AVE FL 20
NEW YORK, NY 10065-8043
NEW YORK COUNTY

**Debtor 3**

Name: 60 WEST 124 LLC

**Address:** 46 TRINITY PL RM 200
NEW YORK, NY 10006-2247
NEW YORK COUNTY

**Debtor 4**

**Name:** ENBAR, MAURICE

**Address:** 345 BROADWAY
LAWRENCE, NY 11559-1804
NASSAU COUNTY

**Debtor 5**

**Name:** ENBAR, MOSHE

**Address:** 345 BROADWAY
LAWRENCE, NY 11559-1804
NASSAU COUNTY

**Creditor Information**

**Name:** MARKOVITCH MICHAEL H

**Filing Information**

**Filing Date:** 12/21/2009
**Eviction:** NO
**Release Date:** 08/10/2010

**Filing 1**

**Filing Number:** 002644180
**Filing Type:** VACATED JUDGMENT
**Filing Court:** NEW YORK CITY SUPREME COURT - CIVIL DIVISION
**Filing County:** NEW YORK
**Filing Office:** NY

# NEW YORK JUDGMENT AND LIEN FILINGS

This data is for informational purposes only.

**Debtor Information**

**Debtor 1**

**Name:** 50 EAST 119TH STREET LLC

**Address:** 46 TRINITY PL FRNT 2
NEW YORK, NY 10006-2269
NEW YORK COUNTY

**Debtor 2**

**Name:** 6 8 ST NICHOLAS REALTY CORP

**Address:** 655 MADISON AVE FL 20
NEW YORK, NY 10065-8043
NEW YORK COUNTY

**Debtor 3**

Name: 60 WEST 124 LLC

Address: 46 TRINITY PL RM 200
NEW YORK, NY 10006-2247
NEW YORK COUNTY

**Debtor 4**

Name: ENBAR, MAURICE

Address: 345 BROADWAY
LAWRENCE, NY 11559-1804
NASSAU COUNTY

**Debtor 5**

Name: ENBAR, MOSHE

Address: 345 BROADWAY
LAWRENCE, NY 11559-1804
NASSAU COUNTY

**Creditor Information**

Name: MARKOVITCH, MICHAEL H

**Filing Information**

Filing Date: 12/21/2009

Amount: $11,161

Eviction: NO

**Filing 1**

Filing Number: 002644180

Filing Type: CIVIL JUDGMENT

Filing Court: NEW YORK CITY SUPREME COURT - CIVIL DIVISION

Filing County: NEW YORK

Filing Office: NY

# NEW YORK JUDGMENT AND LIEN FILINGS

This data is for informational purposes only.

**Filing Information**

Original Filing Number: 200904216469

Filing Date: 04/21/2009

Amount: $2,089

Release Date: 07/22/2009

**Filing 1**

Filing Number: 200904216469

Filing Type: STATE TAX WARRANT RELEASE

Filing Court: NASSAU COUNTY CLERK

**Filing County:** NASSAU
**Filing Office:** NY

# NEW YORK JUDGMENT AND LIEN FILINGS

**This data is for informational purposes only.**

## Debtor Information
**Debtor 1**

**Name:** ENBAR, LINDA
**SSN:** XXX-XX-XXXX
**Address:** 345 BROADWAY
LAWRENCE, NY 11559-1804
NASSAU COUNTY

**Debtor 2**

**Name:** ENBAR, MOSHE
**Address:** 345 BROADWAY
LAWRENCE, NY 11559-1804
NASSAU COUNTY

**Debtor 3**

**Name:** ENBAR, LINDA
**SSN:** XXX-XX-XXXX
**Address:** 345 BROADWAY
LAWRENCE, NY 11559-1804
NASSAU COUNTY

**Debtor 4**

**Name:** ENBAR, MOSHE
**Address:** 345 BROADWAY
LAWRENCE, NY 11559-1804
NASSAU COUNTY

## Creditor Information
**Creditor 1**

**Name:** STATE OF NEW YORK

**Creditor 2**

**Name:** STATE OF NEW YORK

## Filing Information

**Filing Date:** 04/21/2009
**Amount:** $2,089

**Filing 1**

**Filing Number:** 200904216469

**Filing Type:** STATE TAX WARRANT
**Filing Court:** NASSAU COUNTY CLERK
**Filing County:** NASSAU
**Filing Office:** NY

# NEW YORK JUDGMENT AND LIEN FILINGS

**This data is for informational purposes only.**

**Debtor Information**

**Debtor 1**

**Name:** ENBAR, LINDA
**SSN:** XXX-XX-XXXX
**Address:** 345 BROADWAY
LAWRENCE, NY 11559-1804
NASSAU COUNTY

**Debtor 2**

**Name:** ENBAR, MOSHE
**Address:** 345 BROADWAY
LAWRENCE, NY 11559-1804
NASSAU COUNTY

**Creditor Information**

**Name:** STATE OF NEW YORK

**Filing Information**

**Original Filing Number:** E023302514W0016
**Filing Date:** 04/08/2009
**Amount:** $2,089
**Release Date:** 07/22/2009

**Filing 1**

**Filing Number:** E023302514W0016
**Filing Type:** STATE TAX WARRANT RELEASE
**Filing Court:** NASSAU COUNTY CLERK
**Filing County:** NASSAU
**Filing Office:** NY

# Person Locator 2

**This data is for informational purposes only.**

**Personal Information**

**Name:** ENBAR, MOSHE
**Address:** 345 BROADWAY
LAWRENCE, NY 11559

**SSN:** XXX-XX-XXXX

# Person Locator 2

**This data is for informational purposes only.**

**Personal Information**

**Name:** ENBAR, MOSHE
**Address:** 345 BROADWAY
LAWRENCE, NY 11559
**SSN:** XXX-XX-XXXX

# Person Locator 2

**This data is for informational purposes only.**

**Personal Information**

**Name:** ENBAR, MOSHE
**Address:** 6444 BISCAYNE BV
MIAMI, FL 33138

# Person Locator 2

**This data is for informational purposes only.**

**Personal Information**

**Name:** ENBAR, MOSHE
**Address:** 6444 BISCAYNE BV
MIAMI, FL 33100

# Person Locator 2

**This data is for informational purposes only.**

**Personal Information**

**Name:** ENBAR, MOSHE
**Address:** POB 414315
MIAMI, FL 33141
**SSN:** XXX-XX-XXXX

# Person Locator 2

**This data is for informational purposes only.**

**Personal Information**

**Name:** ENBAR, MOSHE
**Address:** 7758 NOREMAC AV
MIAMI, FL 33141

**SSN:** XXX-XX-XXXX

# Person Locator 2

**This data is for informational purposes only.**

### Personal Information

**Name:** ENBAR, MOSHE
**Address:** 9201 141ST PL SW
MIAMI, FL 33186
**SSN:** XXX-XX-XXXX

# Deed Record

**This data is for informational purposes only.**

### Buyer Information

**Original Name:** ENBAR, MOSHE & LINDA
**Standardized Name:** ENBAR, MOSHE
ENBAR, LINDA
**Original Address:** 345 BROADWAY
LAWRENCE, NY 11559-1804

**Standardized Address:** 345 BROADWAY
LAWRENCE, NY 11559-1804
NASSAU COUNTY

### Seller Information

**Original Name:** WELLS FARGO BK NA 2006-C

### Property Information

**Original Property Address:** 345 BROADWAY
LAWRENCE, NY 11559-1804

**Standardized Property Address:** 345 BROADWAY
LAWRENCE, NY 11559-1804
NASSAU COUNTY
**Land Use:** SINGLE FAMILY RESIDENCE
**County:** NASSAU
**Data Source:** A

### Legal Information

**Assessor's Parcel Number:** 41-089- -0077-0
**Recording Date:** 09/02/2015
**Document Type:** LIS PENDENS
**Book/Page:** 2097/311

### Mortgage Information

**Loan Amount:** $495,144
**Loan Type:** CONVENTIONAL
**Title Company:** ATTORNEY ONLY

# Deed Record

**This data is for informational purposes only.**

### Buyer Information

**Original Name:** ENBAR, ADAM (TRUSTEE/CONSERVATOR)
BENZEL, MELISSA (TRUSTEE/CONSERVATOR)
LINDA ENBAR ASSET TRUST
TRUST
**Standardized Name:** LINDA ENBAR ASSET TRUST
ENBAR, ADAM
BENZEL, MELISSA
**Original Address:** 144 W 23RD ST
NEW YORK, NY 10011

**Standardized Address:** 144 W 23RD ST APT 4B
NEW YORK, NY 10011-9402
NEW YORK COUNTY

### Seller Information

**Original Name:** ENBAR, LINDA (MARRIED WOMAN)
ENBAR, MOSHE (HER HUSBAND)
TRUST
**Standardized Name:** ENBAR, MOSHE
ENBAR, LINDA
**Original Address:** 19355 TURNBERRY WAY
AVENTURA, FL 33180

**Standardized Address:** 19355 TURNBERRY WAY APT 26A
MIAMI, FL 33180-4862
MIAMI-DADE COUNTY

### Property Information

**Original Property Address:** 19355 TURNBERRY WAY
AVENTURA, FL 33180

**Standardized Property Address:** 19355 TURNBERRY WAY APT 26A
MIAMI, FL 33180-4862
MIAMI-DADE COUNTY
**Land Use:** CONDOMINIUM
**County:** DADE
**Data Source:** B

### Legal Information

**Assessor's Parcel Number:** 28-1235-020-0240
**Recording Date:** 06/25/2013