UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 20-22360-CIV-CANNON/Otazo-Reyes

**In re:**

**MOSHE ENBAR**,

    Debtor.
_____/

**MOSHE ENBAR**, **LINDA ENBAR**,
**ADAM ENBAR**, and **MELISSA BENZEL**,

    Appellants,
v.

**FRED GOODSTEIN** and
**MICHELE GOODSTEIN**,

    Appellees.
_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

**THIS CAUSE** is before the Court upon Appellee's Notice of Settlement [ECF No. 16], filed on August 30, 2021, in which the parties advise that they have settled this matter. The Court has carefully reviewed the file and is fully advised. Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a Stipulation for Dismissal within thirty **(30) days** of the date of this Order.

2. If the parties fail to complete the expected settlement, either party may request the Court to reopen the case.

3. The Clerk shall **CLOSE** this case for administrative purposes only. Any scheduled hearings are **CANCELED**, any pending motions are **DENIED AS MOOT**, and all deadlines are **TERMINATED**.

CASE No. 20-22360-CIV-CANNON/Otazo-Reyes

**DONE AND ORDERED** in Fort Pierce, Florida this this 30th day of August 2021.

                                                **AILEEN M. CANNON**
                                                **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record